IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724<br>16-MD-2724<br>HON. CYNTHIA M. RUFE |
| IN RE: PRAVASTATIN CASES | 16-PV-27240 |
| KPH HEALTHCARE SERVICES, INC., a/k/a KINNEY DRUGS, INC.<br><br>v.<br><br>ACTAVIS HOLDCO U.S., INC., ET AL. | 2:17-CV-02556 |

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff KPH Healthcare Services, Inc. a/k/a Kinney Drugs, Inc., by and through its undersigned counsel, voluntarily dismisses defendant Dr. Reddy's Laboratories, Inc. ("Dr. Reddy's") from this action without prejudice and with each party bearing its own costs, expenses and attorneys' fees. Dr. Reddy's has not answered Plaintiff's complaint or moved for summary judgment. No class has been certified.

Dated: June 8, 2017

By: /s/ Dianne M. Nast
Dianne M. Nast
NASTLAW LLC
1101 Market Street, Suite 2801
Philadelphia, PA, 19107
Tel. (215) 923-9300
Fax. (215) 923-9302
dnast@nastlaw.com

Michael L. Roberts
ROBERTS LAW FIRM, P.A.
20 Rahling Circle
Little Rock, AR 72223
Telephone: (501) 821-5575
Facsimile: (501) 821-4474
Email: mikeroberts@robertslawfirm.us

*Counsel for KPH Healthcare Services, Inc. a/k/a Kinney Drugs, Inc.*

## CERTIFICATE OF SERVICE

I, Dianne M. Nast, hereby certify that on June 8, 2017, a true and correct copy of the Notice of Voluntary Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) was served upon all interested counsel and/or parties via the CM/ECF system which will send notification of such filing.

/s/ Dianne M. Nast